# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DORIAN E. PFEIFER, SUSAN D. PAYNE, DIANE TOROCKIO, RICHARD R. DAILEY, SUSAN M. PETERMAN, DEBORAH R. MILLER, LINDA BLACKBURN SCOTT, RUTH ELLEN GALLAGHER, AND JUDITH A. GALLAGHER,

Petitioners

v.

WESTMORELAND COUNTY TAX CLAIM BUREAU, BP MINERAL HOLDINGS III, LLC; SOMERSET MINERALS, LP;  BRC APPALACHIAN MINERALS I, LLC,

Respondents

: No. 403 WAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

　　**AND NOW**, this 26th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.